UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Ahmed Mukarram,<br><br>        Plaintiff,<br><br>  vs.<br><br>General Motors LLC, f/k/a General Motors Company,<br><br>        Defendant. | 18-CV-11562<br><br>HONORABLE<br><br>TERRENCE G. BERG |

## ORDER OF DISMISSAL

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

      **SO ORDERED**.

                                    BY THE COURT:
                                    /s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    UNITED STATES DISTRICT JUDGE